IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A EVANS

    Petitioner,

v.                                                         CASE NO. 3:17-cv-1-LC-GRJ

SANTA ROSA COUNTY,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 23, 2017 (ECF No. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Petition, ECF No. 8, is **DISMISSED** as successive and for failure to

exhaust state-court remedies.  A Certificate of Appealability is **DENIED.**

**DONE AND ORDERED** this 16th day of August, 2017.


     s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**